FILED'10 JUN 03 11:08USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

RICHARD BULT,

           Petitioner,

v.

PAULA ALLEN, et al.,

           Respondents.

CV 08-741-ST

OPINION AND ORDER

REDDEN, Judge:

On May 11, 2010, Magistrate Judge Janice Stewart filed a Findings and Recommendation (doc. 37) in the above-caption case, recommending that the court deny Petitioner Richard Bult's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. 1).

PAGE 1 - OPINION AND ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(A), and Federal Rule of Civil Procedure 72(b). Neither party timely filed objections. This relieves me of my obligation to review Magistrate Judge Stewart's factual and legal findings *de novo*. 28 U.S.C. § 636(b)(1)(C); *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (28 U.S.C. § 636(b)(1)(C) "does not on its face require any review at all . . . of any issue that is not the subject of an objection."); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (The district court "must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise.") (emphasis in original). Having reviewed the legal principles *de novo*, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (doc. 37) as my own opinion, and I DENY the Petition for Writ of Habeas Corpus (doc. 1). Additionally, I DENY a Certificate of Appealability because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 3 day of June, 2010.

James A. Redden
United States District Judge